1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10                              **EASTERN DIVISION**

11

12   LAURA DICKENS,                    )      No. EDCV 09-490 CW
                                        )
13                  Plaintiff,          )      JUDGMENT
               v.                       )
14                                      )
     MICHAEL J. ASTRUE,                 )
15   Commissioner, Social Security )
     Administration,                    )
16                                      )
                    Defendant.          )
17   _____)

18

19        **IT IS ADJUDGED** that the decision of the Commissioner is affirmed

20   and this action is dismissed with prejudice.

21

22   DATED: September 28, 2010

23

24                              _____
                                     CARLA M. WOEHRLE
25                              United States Magistrate Judge

26

27

28